JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC. | Case No. CV 18-2481 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNLIMITED AVENUES, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Application for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Design Collection, Inc. and against defendant Fashion Flair, LLC, in the total amount of $5,000.00 in statutory damages under 17 U.S.C. § 504(c)(1). Defendant is also ordered to pay costs in the amount of $529.36 and attorney's fees in the amount of $700.00.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 18th day of January, 2019.

/s/
Fernando M. Olguin
United States District Judge